**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| THOMAS CASTLE, | ) |
| | ) |
| Petitioner | ) |
| | ) |
| v. | ) Docket no. 1:11-cv-00231-NT |
| | ) |
| PATRICIA BARNHART, | ) |
| | ) |
| Respondent | ) |

**ORDER AFFIRMING THE RECOMMENDED DECISION**
**OF THE MAGISTRATE JUDGE**

On July 18, 2013, the United States Magistrate Judge filed with the court, with copies to counsel, her Report and Recommended Decision. The time within which to file objections expired on August 1, 2013, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Petition is **DISMISSED WITH PREJUDICE**. Further a certificate of appealability shall not issue in the event the Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c).

/s/ Nancy Torresen
United States District Judge

Dated this 26th day of August, 2013